IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY JONES,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-01313 |
| v. | : | |
| | : | (Judge Rambo) |
| **AHSA E. DONLIN, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 5th day of September 2023, upon consideration of Defendants Edward Donlin, Michaeleen Powanda, Thomas Cullen, Jamal Jamison, and Paul Gibson ("Defendants")' unopposed motion to dismiss the complaint and/or motion to enter summary judgment in their favor, filed pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure (Doc. No. 13), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' unopposed motion (Doc. No. 13) is **GRANTED**;

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff Gregory Jones;

3. The Clerk of Court is directed to **SEND** a copy of this Order and accompanying Memorandum to Plaintiff at the following address, as it appears that Plaintiff may have been transferred to a different correctional intuition: Two Mile Drive, Otisville, NY 10963; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
